# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00330-CR

**Steven Gant, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT OF LAMPASAS COUNTY
### NO. 16,470, HONORABLE WAYNE L. BOULTINGHOUSE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Steven Gant has informed the Court that he no longer wishes to pursue his appeal, and he has filed a motion to withdraw his notice of appeal requesting that his appeal be dismissed. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.2(a).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Henson

Dismissed on Appellant's Motion

Filed: July 8, 2008

Do Not Publish